**368**

**STATE of Missouri, Respondent,**

v.

**Sylvester FOSTER, Appellant.**

**Sylvester FOSTER, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 60464, 62868.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 10, 1993.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction of murder in the first degree in violation of § 565.020 RSMo 1986 and armed criminal action in violation of § 571.015 RSMo 1986. Defendant also appeals from the denial of his Rule 29.15 motion for postconviction relief without evidentiary hearing. Defendant was sentenced as a prior offender to a term of life imprisonment without probation or parole for the murder conviction and a consecutive fifteen year sentence for the armed criminal action conviction.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the fats and reasons for this order.

The judgments of the trial court and motion court are supported by substantial evidence, are not against the weight of the evidence, and are affirmed in accordance with Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Larry HOWLETT, Appellant.**

**No. WD 46596.**

Missouri Court of Appeals,
Western District.

Aug. 17, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and ULRICH and HANNA, JJ.

### ORDER

PER CURIAM.

Defendant was convicted of unlawful use of a weapon, a class D felony, and sentenced to five years incarceration.

Judgment Affirmed. Rule 30.25(b).